IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Lori A. Price,                    :

    Plaintiff,             :

  v.                              :    Case No. 2:09-cv-451

Michael J. Astrue, Commissioner   :    JUDGE MARBLEY
of Social Security,

    Defendant.

ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on March 8, 2010. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. The plaintiff's statement of errors is sustained to the extent that the case is **REMANDED** to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g), sentence four. The Clerk shall enter judgment to that effect.

                                     s/Algenon L. Marbley
                                     Algenon L. Marbley
                                     United States District Judge