# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

Lori A. Price,                          :

      Plaintiff,                  :

   v.                                   :     Case No. 2:09-cv-451

Michael J. Astrue, Commissioner  :     JUDGE MARBLEY
of Social Security,
                                        :
      Defendant.

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the April 1, 2010 Order, the Court ADOPTS the Report and Recommendation, the plaintiff's statement of errors is sustained to the extent that the case is REMANDED to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g), sentence four. Judgment is entered to that effect.

Date: **April 1, 2010**                    **James Bonini, Clerk**

                                           s/Betty L. Clark
                                  Betty L. Clark/Deputy Clerk